UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |
|---|---|
| PAMELA BROOKS )<br>　　Plaintiff, )<br> )<br>v. )<br> )<br> )<br>PERFORMANT RECOVERY, INC. )<br>JOHN DOES, JANE DOES )<br>　　Defendants, )<br> )<br> ) | Civil Action No. 4:12-cv-03169 |

## STIPULATED NOTICE OF SETTLEMENT

　　NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Parties anticipate filing a stipulated notice of dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated: February 7, 2013

RESPECTFULLY SUBMITTED:

PAMELA BROOKS
By her attorney,

/s/ Kevin V. K. Crick
Kevin Crick, Esq.
BBO # 680950
Consumer Rights Law Firm, PLLC
300 Brickstone Square, Suite 902
Andover, Massachusetts, 01810
Phone: (978) 212-3300
Fax: (978) 409-1846
Email: kevinc@consumerlawfirmcenter.com
Attorney for Plaintiff

PERFORMANT RECOVERY, INC.
By its attorney,

/s/ Steven R. Dunn
Steven R. Dunn, Esq.
Dunn Firm, P.C.
12801 North Central Expressway
Suite 250
Dallas, TX 75243
Phone: 214-692-5533
Fax: (214) 692-5534
Email: steven@dunnlawfirm.net
Attorney for Defendant

## PROOF OF SERVICE

      I hereby certify that on February 7, 2013, a copy of the foregoing was filed electronically in accordance with the Court's Electronic Filing Guidelines. Notice of this filing will be sent to all parties by operation of the court's electronic filing system and electronic email. Parties may access this filing through the court's system.

                                                     /s/ Kevin V. K. Crick, Esq.